PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: James Stanch           Cr.: 06-84 (SRC)(1) &06-571
                                                                   PACTS Number: 44942

Name of Sentencing Judicial Officer: The Honorable Stanley R. Chesler, U.S. District Court Judge

Date of Original Sentence: February 6, 2007

Original Offense: Possession of Controlled Dangerous Substance with Intent to Distribute Oxycodone, C felony; Possession with Intent to Distribute Hydrocodone, D felony

Original Sentence: 57 months custody, concurrent; 3 years supervised release; drug aftercare, financial disclosure, and no new debt; DNA testing; $200 Special Assessment and $4,000 Fine.

Type of Supervision: Supervised Release      Date Supervision Commenced: To Be Released on 9/4/09

### PETITIONING THE COURT

[X]    To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall participate in a mental health program for evaluation and/or treatment as directed by the U.S. Probation Office. The defendant shall remain in treatment until satisfactorily discharged and with the approval of the U.S. Probation Office.

### CAUSE

Mr. Stanch is currently in Luzerne, a Re-Entry Community Correction Center where he is receiving outpatient mental health services and prescribed psychotropic medications. The purpose of modifying his conditions to add the mental health aftercare is to provide the offender with continuity of treatment services.

Respectfully submitted,
By: Valencia K. Sherrer
Senior U.S. Probation Officer
Date: August 24, 2009

PROB 12B - Page 2
James Stanch

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

8/31/09
_____
Date

**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

MICHAEL A. McLEAN
SUPERVISING U.S. PROBATION OFFICER

JOHN A. SKORUPA
SUPERVISING U.S. PROBATION OFFICER

August 25, 2009

109 U.S. COURTHOUSE
402 EAST STATE ST.
TRENTON, NJ 08608
(609) 989-2071
FAX: (609) 989-2367
www.njp.uscourts.gov

The Honorable Stanley R. Chesler
U.S. District Court Judge
Martin Luther King, Jr. Federal Building & Courthouse
P.O. Box 0999
Newark, New Jersey 07102- 0999

RE: STANCH, James
DKT. Nos.: 06-84 & 06-571
**REQUEST FOR MODIFICATION OF**
**SUPERVISED RELEASE CONDITIONS**

Dear Judge Chesler:

On February 6, 2007, the above-named individual appeared in Court for sentencing before Your Honor, having previously entered a guilty plea on June 14, 2006 to count one of Indictment 06-84, Possession of Controlled Dangerous Substance with Intent to Distribute Oxycodone, a Class C felony. Additionally, on October 12, 2006, Mr. Stanch entered a guilty plea to count one of Indictment 06-571 charging Possession with Intent to Distribute Hyrocodone, a Class D felony. He was committed to the custody of the Bureau of Prisons for a concurrent terms of 57 months, followed by a three-year term of supervised release with the following special conditions: drug aftercare, financial disclosure, and no new debt. The offender was also ordered to submit to DNA testing. Additionally, he was ordered to pay a fine in the amount of $4,000, and a special assessment of $200.

Mr. Stanch is currently serving the remainder of his sentence at the Luzerne Residential Reentry Center, located at 600 E. Luzerne Street, Philadelphia, Pennsylvania. He is scheduled to be released to the District of New Jersey on or about September 4, 2009.

As Your Honor will read in the attached Probation 12B "Request for Modification of Supervised Release Conditions," and Waiver of Hearing Consent Form 49 signed by the offender, Stanch has agreed to add mental health aftercare as a special condition. He is currently attending mental health counseling while in custody and is prescribed psychotropic medications. The addition of the special condition will permit our office to continue the necessary services uninterrupted upon the offender's release from custody.

Should Your Honor, wish to discuss this matter further, I may be reached at (856) 655- 1798.

The Honorable Stanley R. Chesler
Page 2
August 25, 2009

Respectfully submitted,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

By: Valencia K. Sherrer
Senior U.S. Probation Officer

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

> *The defendant shall participate in a mental health program for evaluation and/or treatment as directed by the U.S. Probation Office. The defendant shall remain in treatment until satisfactorily discharged and with the approval of the U.S. Probation.*

Witness: _____    Signed: _____
Senior U.S. Probation Officer                Probationer or Supervised Releasee
Valencia Sherrer                             James Stanch

23 June 2007
DATE